**COM.**

**v.**

**BURDEN, L., Jr.**

**1892 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–41–CR–0001472–2011, CP–41–CR–0001767–2011 (Lycoming)

Affirmed

**COM.**

**v.**

**POUST, C.**

**2016 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–55–CR–0000106–2016 (Snyder)

Vacated

**COM.**

**v.**

**PETERSON, G., II**

**2080 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–67–CR–0005763–2014, CP–67–CR–0008774–2013, CP–67–CR–0008776–2013 (York)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

**v.**

**GARCIA, J.**

**131 MDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–06–CR–0003340–2012 (Berks)

Affirmed

**COM.**

**v.**

**WILKINS, A., Sr.**

**297 MDA 2017**

Superior Court of Pennsylvania.

09/21/2017

Reargument Denied 11/30/2017

CP–22–CR–0003382–2002 (Dauphin)

Affirmed